KNAPP, Plaintiff in error, vs. THE STATE, Defendant in error.

*February 14—March 9, 1920.*

*Bastardy: Evidence: Sufficiency.*

In a bastardy proceeding, the evidence is *held* to support a conviction.

ERROR to review a judgment of the municipal court of Outagamie county: ALBERT M. SPENCER, Judge. *Affirmed.*

For the plaintiff in error there was a brief by *Ryan & Cary* of Appleton, and oral argument by *Thomas H. Ryan.*

For the defendant in error there was a brief by the *Attorney General* and *J. E. Messerschmidt,* assistant attorney general, and oral argument by *Mr. Messerschmidt.*

PER CURIAM. Plaintiff in error was convicted of bastardy and sued out a writ of error. His sole contention is that the judgment is not supported by the evidence. An examination of the record satisfies us that the judgment is supported by the evidence and should not be disturbed.

Judgment affirmed.